IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HUGH KUNSELMAN,

      Appellant,

v.

      Case No.  5D22-415
      LT Case No. 2003-34594-CFAES

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 10, 2022

3.800 Appeal from the Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Hugh Kunselman, Madison, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EVANDER, SASSO and WOZNIAK, JJ., concur.